IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH GUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:13-cv-00010 |
| ) | |
| HENRY STEWARD, ) | Judge Sharp |
| ) | |
| Respondent. ) | |

### ORDER

Joseph Gunter, a prisoner in state custody at the Northwest Correctional Complex in Tiptonville, Tennessee, has filed a petition for the writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1), challenging his conviction in the Circuit Court for Fentress County, Tennessee. The Court previously entered an order denying the respondent's motion for summary judgment on statute-of-limitations grounds and directing the respondent to answer the petition on the merits. The respondent filed his answer to the petition (ECF No. 35), along with copies of the relevant portions of the underlying state-court record, and the respondent filed a reply (ECF No. 40). The petition is ripe for review.

For the reasons explained in the accompanying Memorandum Opinion, the Court finds that Gunter is not entitled to relief on the basis of the grounds articulated in his petition. Accordingly, the petition (ECF No. 1) is hereby **DENIED** and this matter is **DISMISSED**.

In addition, as also explained in the Memorandum Opinion, the Court finds that an appeal by the petitioner on any of the issues raised in this petition would not merit further attention. The Court therefore **DENIES** a COA. The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

The Clerk is directed to enter final judgment in accordance with Rule 58 of the Federal Rule of Civil Procedure.

_Kevin H. Sharp_
Kevin H. Sharp
United States District Judge